IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MOUNTAIN TOP BEVERAGE GROUP, INC., | : | CASE NO. C-1-01-832 |
| | : | |
| Plaintiff, | : | District Judge Susan J. Dlott |
| | : | |
| v. | : | |
| WILDLIFE BREWING N.B., INC., et al., | : | **NOTICE OF APPEAL** |
| | : | |
| Defendants. | : | |

_____

Notice is hereby given that Mountain Top Beverage Group, Inc., Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the November 21, 2003 order granting summary judgment in favor of Defendants Pittsburg Brewing Company, Wildlife Brewing N.B., Inc., and James Sorenson on Mountain Top's claims.

Respectfully submitted,

CHERNESKY, HEYMAN & KRESS P.L.L.

/s/ Thomas P. Whelley II
_____
Thomas P. Whelley II (0010493)
Todd E. Bryant (0072738)
Rachael L. Rodman (0073872)
10 Courthouse Plaza SW, Suite 1100
Dayton, Ohio 45402
(937)449-2800
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing has been served upon the following by regular U.S. mail on this 15th day of December, 2003:

David J. Petitjean
Chappano Wood, P.L.L.
12th Floor
145 North High Street
Columbus, Ohio 43215-3006
Counsel for Defendants, Wildlife Brewing N.B., Inc. and James Sorenson

Robert A. Klingler
Robert A. Klingler Co., L.P.A.
525 Vine Street, Suite 2320
Cincinnati, Ohio 45202
Counsel for Defendant, Pittsburgh Brewing Company

Alan G. Towner
Martha S. Helmreich
Pietrangallo, Bosick & Gordon
One Oxford Center
38th Floor
Pittsburgh, Pennsylvania 15215
Counsel for Defendant, Pittsburgh Brewing Company

                                /s/ Thomas P. Whelley II
                                _____
                                Thomas P. Whelley II

127038.1