Mon Dec 15 14:20:34 2003

UNITED STATES DISTRICT COURT
CINCINNATI, OH

Receipt No.      100 421245
Cashier              ah1

Check Number: 65973

DO Code        Div No
  4661            1

Sub Acct   Type  Tender      Amount
1:086900    N      2         105.00
2:510000    N      2         150.00
3:          C      V           0.00

Total Amount           $   255.00

Mon Dec 15 14:20:34 2003

Check No.   65973
Amount $    255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661