# TRANSMISSION FORM

| | |
|---|---|
| **District Court:** S.D. of Ohio (Western Division) | **APPEAL INFORMATION to be completed by the Sixth Circuit** |
| **District Court Case No:** 1:01cv0832 | **Court of Appeals Case No:** 03-4604 |
| **SHORT CAPTION**<br>**MOUNTAIN TOP BEVERAGE GROUP, INC.** | **Case Manager:** |
| Plaintiff/Petitioner<br><br>vs.<br><br>**WILDLIFE BREWING N.D., INC., et al.,**<br><br>Defendant/Respondent<br><br>*provide pro se address IF NOT on the docket sheet | **Date Filed:**<br><br>**FILED**<br>**DEC 17 2003**<br>**LEONARD GREEN, Clerk** |
| **District Court Judge:** Susan J. Dlott<br>**Court Reporter(s):** | **Anything That Needs Special Attention**<br>**INTERLOCUTORY NOTICE OF APPEAL(doc.#43) appealing Order (doc.#42) entered 11/21/2003.** |
| **From Deputy Clerk:** Arthur Hill<br>**Date:** 12/16/2003 | |
| $255.00 Appeal Filing Fee Paid?  **YES** | |

## RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) (including the pre-sentence report psi)    Volume(s)

Deposition(s)    Volume(s)        Exhibit(s)    Volume(s)

Transcript(s)    Volume(s)        **Sealed**    Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

**JAMES BONINI**
Clerk: _____
United States District Court

03 DEC 17 PM 12:45
FILED JAMES BONINI CLERK