IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MOUNTAIN TOP BEVERAGE GROUP, INC., | : | CASE NO. C-1-01-832 |
| | : | |
| Plaintiff, | : | District Judge Susan J. Dlott |
| v. | : | |
| WILDLIFE BREWING N.B., INC., et al., | : | **MOTION TO STAY PROCEEDINGS IN DISTRICT COURT PENDING APPEAL** |
| Defendants. | : | |
| | : | |

___

Now comes Plaintiff, Mountain Top Beverage Group, Inc., by and through counsel, and respectfully requests that the Court stay all proceedings in the District Court pending Plaintiff's appeal of this Court's November 21, 2003 decision granting summary judgment in favor of Defendants on Plaintiff's claims. A brief memorandum in support is attached hereto.

Respectfully submitted,

CHERNESKY, HEYMAN & KRESS P.L.L.


/s/ Thomas P. Whelley II
_____
Thomas P. Whelley II (0010493)
Todd E. Bryant (0072738)
Rachael L. Rodman (0073872)
10 Courthouse Plaza SW, Suite 1100
Dayton, Ohio 45402
(937)449-2800
Attorneys for Plaintiff

## MEMORANDUM IN SUPPORT

On November 21, 2003, this Court issued an Order granting the motions for summary judgment of Defendants Wildlife Brewing N.B., Inc. and Pittsburgh Brewing Company. The order disposed of only some of the claims involved in this case, as Defendant Wildlife Brewing N.B., Inc.'s claims against Plaintiff Mountain Top Beverage Group, Inc. and Third-Party Defendant B.L.S. of Sarasota are still pending. Plaintiff has filed a Notice of Appeal from the Court's decision granting summary judgment to Defendants on its claims. Plaintiff requests that the Court stay the District Court proceedings on Defendant Wildlife's claims against Plaintiff and Third-Party Defendant until the appeal is resolved.

Respectfully submitted,

CHERNESKY, HEYMAN & KRESS P.L.L.

/s/ Thomas P. Whelley II
_____
Thomas P. Whelley II (0010493)
Todd E. Bryant (0072738)
Rachael L. Rodman (0073872)
10 Courthouse Plaza SW, Suite 1100
Dayton, Ohio 45402
(937)449-2800

Attorneys for Plaintiff and Third-Party Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served upon the following by electronic transmission on this 5th day of January, 2004:

David J. Petitjean
Chappano Wood, P.L.L.
12th Floor

145 North High Street
Columbus, Ohio 43215-3006
Counsel for Defendants, Wildlife Brewing N.B., Inc. and James Sorenson

Robert A. Klingler
Robert A. Klingler Co., L.P.A.
525 Vine Street, Suite 2320
Cincinnati, Ohio 45202
Counsel for Defendant, Pittsburgh Brewing Company

Alan G. Towner
Martha S. Helmreich
Pietrangallo, Bosick & Gordon
One Oxford Center
38th Floor
Pittsburgh, Pennsylvania 15215
Counsel for Defendant, Pittsburgh Brewing Company

/s/ Thomas P. Whelley II
_____
Thomas P. Whelley II

128222.1