IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MOUNTAIN TOP BEVERAGE GROUP, INC., | : | CASE NO. C-1-01-832 |
| | : | |
| Plaintiff, | : | District Judge Susan J. Dlott |
| | : | |
| v. | : | |
| WILDLIFE BREWING N.B., INC., et al., | : | **MOTION TO CERTIFY COURT'S NOVEMBER 21, 2003 ORDER AS A FINAL APPEALABLE ORDER PURSUANT TO CIV. R. 54(B)** |
| Defendants. | : | |
| | : | |

___

Now comes Plaintiff, Mountain Top Beverage Group, Inc., by and through counsel, and respectfully requests that the Court certify its November 21, 2003 order as a final order pursuant to Federal Rule of Civil Procedure 54(b) so that an appeal may be taken pursuant to Plaintiff's December 15, 2003 Notice of Appeal.  A brief memorandum is support is attached hereto.

    Respectfully submitted,

    CHERNESKY, HEYMAN & KRESS P.L.L.


    /s/ Thomas P. Whelley II
    _____
    Thomas P. Whelley II (0010493)
    Todd E. Bryant (0072738)
    Rachael L. Rodman (0073872)
    10 Courthouse Plaza SW, Suite 1100
    Dayton, Ohio 45402
    (937)449-2800
    Attorneys for Plaintiff

## MEMORANDUM IN SUPPORT

On November 21, 2003, this Court issued an Order granting the motions for summary judgment of Defendants Wildlife Brewing N.B., Inc. and Pittsburgh Brewing Company. The order disposed of only some of the claims involved in this case, as Defendant Wildlife Brewing N.B., Inc.'s claims against Plaintiff Mountain Top Beverage Group, Inc. and Third-Party Defendant B.L.S. of Sarasota are still pending. Plaintiff filed a Notice of Appeal from the Court's decision. However, the Court did not certify its Order as a final order pursuant to Federal Rule of Civil Procedure 54(b). Plaintiff Mountain Top Beverage Group, Inc. requests that the Court do so at this time to remove any barriers to Plaintiff's appeal of the Court's Order.

        Respectfully submitted,

        CHERNESKY, HEYMAN & KRESS P.L.L.

        /s/ Thomas P. Whelley II
        _____
        Thomas P. Whelley II (0010493)
        Todd E. Bryant (0072738)
        Rachael L. Rodman (0073872)
        10 Courthouse Plaza SW, Suite 1100
        Dayton, Ohio 45402
        (937)449-2800

        Attorneys for Plaintiff and Third-Party Defendant

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing has been served upon the following by electronic transmission on this 5th day of January, 2004:

David J. Petitjean
Chappano Wood, P.L.L.
12th Floor
145 North High Street
Columbus, Ohio 43215-3006
Counsel for Defendants, Wildlife Brewing N.B., Inc. and James Sorenson

Robert A. Klingler
Robert A. Klingler Co., L.P.A.
525 Vine Street, Suite 2320
Cincinnati, Ohio 45202
Counsel for Defendant, Pittsburgh Brewing Company

Alan G. Towner
Martha S. Helmreich
Pietrangallo, Bosick & Gordon
One Oxford Center
38th Floor
Pittsburgh, Pennsylvania 15215
Counsel for Defendant, Pittsburgh Brewing Company

      /s/ Thomas P. Whelley II

      Thomas P. Whelley II

128188.1