*Denied*
*Susan J. Dlott*
*Feb 3, 2004*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MOUNTAIN TOP BEVERAGE GROUP, INC., | : | CASE NO. C-1-01-832 |
| Plaintiff, | : | District Judge Susan J. Dlott |
| v. | : | |
| WILDLIFE BREWING N.B., INC., et al., | : | **MOTION TO STAY PROCEEDINGS IN DISTRICT COURT PENDING APPEAL** |
| Defendants. | : | |

Now comes Plaintiff, Mountain Top Beverage Group, Inc., by and through counsel, and respectfully requests that the Court stay all proceedings in the District Court pending Plaintiff's appeal of this Court's November 21, 2003 decision granting summary judgment in favor of Defendants on Plaintiff's claims. A brief memorandum in support is attached hereto.

Respectfully submitted,

CHERNESKY, HEYMAN & KRESS P.L.L.

/s/ Thomas P. Whelley II

Thomas P. Whelley II (0010493)
Todd E. Bryant (0072738)
Rachael L. Rodman (0073872)
10 Courthouse Plaza SW, Suite 1100
Dayton, Ohio 45402
(937)449-2800
Attorneys for Plaintiff