IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MOUNTAIN TOP BEVERAGE GROUP, INC., | : | CASE NO. C-1-01-832 |
| | : | |
| Plaintiff, | : | District Judge Susan J. Dlott |
| | : | |
| v. | : | |
| WILDLIFE BREWING N.B., INC., et al., | | **MOTION FOR A SCHEDULING CONFERENCE** |
| | : | |
| Defendants. | : | |

___

Now comes Plaintiff, Mountain Top Beverage Group, Inc., by and through counsel, and respectfully requests that the Court conduct a scheduling conference so that this case may proceed to a resolution of the remaining claims. A brief memorandum in support is attached hereto.

Respectfully submitted,

CHERNESKY, HEYMAN & KRESS P.L.L.


/s/ Thomas P. Whelley II
_____
Thomas P. Whelley II (0010493)
Todd E. Bryant (0072738)
Rachael L. Rodman (0073872)
10 Courthouse Plaza SW, Suite 1100
Dayton, Ohio 45402
(937)449-2800
Attorneys for Plaintiff

## MEMORANDUM IN SUPPORT

On November 21, 2003, this Court issued an Order granting the motions for summary judgment of Defendants Wildlife Brewing N.B., Inc. and Pittsburgh Brewing Company. The order disposed of only some of the claims involved in this case, as Defendant Wildlife Brewing N.B., Inc.'s claims against Plaintiff Mountain Top Beverage Group, Inc. and Third-Party Defendant B.L.S. of Sarasota are still pending. Plaintiff filed a Notice of Appeal from the Court's decision granting summary judgment to Defendants on its claims; however, following this Court's order that its November 21, 2003 decision was not a final, appealable order, Plaintiff is dismissing its appeal until such time as the Court enters a final, appealable order in this case. Accordingly, Plaintiff requests that the Court conduct a scheduling conference with respect to the remaining claims so that the case can proceed to a final resolution.

Respectfully submitted,

CHERNESKY, HEYMAN & KRESS P.L.L.

/s/ Thomas P. Whelley II
_____
Thomas P. Whelley II (0010493)
Todd E. Bryant (0072738)
Rachael L. Rodman (0073872)
10 Courthouse Plaza SW, Suite 1100
Dayton, Ohio 45402
(937)449-2800

Attorneys for Plaintiff and Third-Party Defendant

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing has been served upon the following by electronic transmission on this 11th day of February, 2004:

David J. Petitjean
Chappano Wood, P.L.L.
12th Floor
145 North High Street
Columbus, Ohio 43215-3006
Counsel for Defendants, Wildlife Brewing N.B., Inc. and James Sorenson

Robert A. Klingler
Robert A. Klingler Co., L.P.A.
525 Vine Street, Suite 2320
Cincinnati, Ohio 45202
Counsel for Defendant, Pittsburgh Brewing Company

Alan G. Towner
Martha S. Helmreich
Pietrangallo, Bosick & Gordon
One Oxford Center
38th Floor
Pittsburgh, Pennsylvania 15215
Counsel for Defendant, Pittsburgh Brewing Company

      /s/ Thomas P. Whelley II
      _____
      Thomas P. Whelley II

130334.1