Case No: 03-4604

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

FILED
04 FEB 12 PM 2:52

FILED
FEB 12 2004
LEONARD GREEN, Clerk

**ORDER**

MOUNTAIN TOP BEVERAGE GROUP, INC.

    Plaintiff - Appellant

1:01CV832

v.

WILDLIFE BREWING N.B., INC.; JAMES SORENSON;

    Defendants - Appellees

Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

                          ENTERED PURSUANT TO RULE 45(a),
                          RULES OF THE SIXTH CIRCUIT.
                          Leonard Green, Clerk

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By _____
    Deputy Clerk