IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MOUNTAIN TOP BEVERAGE GROUP, INC., | : |
| Plaintiff(s) | : |
| vs. | : Case Number: 1:01cv832-SJD |
| | : District Judge Susan J. Dlott |
| WILDLIFE BREWING N.B., INC., et al, | : |
| Defendant(s) | : |

ORDER

This matter is before the Court upon a motion of the plaintiff for a scheduling conference (Doc. 50). Such motion is hereby GRANTED and a Scheduling Conference in this case will be held on April 1, 2004 at 2:00 by telephone.

IT IS SO ORDERED.

   s/Susan J. Dlott
Susan J. Dlott
United States District Judge