IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MOUNTAIN TOP BEVERAGE GROUP, INC., :
:
    Plaintiff(s) :
:
vs. : Case Number: 1:01cv832-SJD
:
WILDLIFE BREWING N.B., INC., et al, : District Judge Susan J. Dlott
:
    Defendant(s) :

ORDER

On April 1, 2004, this Court held a conference with all counsel of record. Based upon such conference, the Court hereby sets the following schedule in this case:

1.    Last date to file dispositive motions not directed to
the pleadings. (E.g. summary judgment motions)    05/10/04

    Memoranda contra due    06/01/04

    Reply Memoranda due    06/08/04

IT IS SO ORDERED.

    ___s/Susan J. Dlott_____
    Susan J. Dlott
    United States District Judge