AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

MOUNTAIN TOP BEVERAGE GROUP,

V.

Case Number:   1:01cv832-SJD

WILDLIFE BREWING N.B., INC., et al,

District Judge Susan J. Dlott

### NOTICE

**TAKE NOTICE** that a STATUS CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse | TO BE DONE BY TELEPHONE |
| 100 East Fifth Street | DATE AND TIME |
| Cincinnati, Ohio 45202 | AUGUST 5, 2004 at 11:30 A.M. |

This is a conference involving counsel for Wildlife Brewing and Pittsburgh Brewing only.

JAMES BONINI, CLERK

___s/Stephen Snyder_____
Stephen Snyder
Case Manager
(513) 564-7633

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.