IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MOUNTAIN TOP BEVERAGE GROUP, INC., : : : Plaintiff(s) : : vs. : : WILDLIFE BREWING N.B., INC., et al, : : Defendant(s) : | Case Number: 1:01cv832-SJD  District Judge Susan J. Dlott |

ORDER

The Court having been advised by counsel for the parties that the above matter has been settled as to the claims between Wildlife Brewing NB, Inc., Wildlife Brewing Co., James Sorenson and Pittsburgh Brewing Co., IT IS ORDERED that these claims are hereby DISMISSED WITH PREJUDICE, provided that any of the parties may, upon good cause shown not later than November 15, 2004, reopen the action if settlement is not consummated. The parties may substitute a judgment entry contemplated by the settlement agreement upon approval of the Court. Parties intending to preserve this Court's jurisdiction to enforce a settlement should be aware of *Kokkonen v Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-82 (1994), and incorporate appropriate language in any substituted judgment entry.

This Court explicitly retains jurisdiction to enforce settlement agreement reached by the parties, on motion or sua sponte and to consider Plaintiff's application for attorney fees, if any.

Each party shall bear its own costs.

IT IS SO ORDERED.

                                                ___s/Susan J. Dlott_____
                                                Susan J. Dlott
                                                United States District Judge