IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MOUNTAIN TOP BEVERAGE GROUP, INC., | : | CASE NO. C-1-01-832 |
| | : | |
| Plaintiff, | : | District Judge Susan J. Dlott |
| | : | |
| v. | : | |
| WILDLIFE BREWING N.B., INC., et al., | | **NOTICE OF APPEAL** |
| | : | |
| Defendants. | : | |

_____

Notice is hereby given that Mountain Top Beverage Group, Inc., Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the August 11, 2004 order granting summary judgment in favor of Defendants Wildlife Brewing N.B., Inc. and James Sorenson on Mountain Top's claims.

Respectfully submitted,

CHERNESKY, HEYMAN & KRESS P.L.L.

/s/ Rachael L. Rodman
_____
Thomas P. Whelley II (0010493)
Rachael L. Rodman (0073872)
10 Courthouse Plaza SW, Suite 1100
Dayton, Ohio 45402
(937)449-2800
Attorneys for Plaintiff

{00213676.DOC;}

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing has been served upon the following by regular U.S. mail on this 20th day of August, 2004:

David J. Petitjean
Chappano Wood, P.L.L.
12th Floor
145 North High Street
Columbus, Ohio  43215-3006
Counsel for Defendants, Wildlife Brewing N.B., Inc. and James Sorenson

                                            /s/ Rachael L. Rodman
                                            _____
                                            Rachael L. Rodman