# TRANSMISSION FORM

ECF 8-24-04

| District Court: | SD of Ohio (Western Division) | APPEAL INFORMATION to be completed by the Sixth Circuit |
|---|---|---|
| District Court Case No: | 1:01-cv-832 | Court of Appeals Case No: 04-4075 |
| SHORT CAPTION | | |
| | Mountain Top Beverage Group Inc | Case Manager: **JILL COLYER** |
| Plaintiff/Petitioner | vs. | Date Filed: |
| | Wildlife Brewing NB, et al | **FILED** |
| Defendant/Respondent | | SEP 0 1 2004 |
| *provide pro se address IF NOT on the docket sheet | | LEONARD GREEN, Clerk |
| District Court Judge: | Dlott | Anything That Needs Special Attention |
| Court Reporter(s): | | |
| From Deputy Clerk: | Kendra Jordan | |
| Date: | 8-24-04 | |
| $255.00 Appeal Filing Fee Paid? | NO  Yes | |

## RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) (including the pre-sentence report psi)    ___Volume(s)

Deposition(s)    ___Volume(s)    Exhibit(s)    ___Volume(s)

Transcript(s)    ___Volume(s)    **Sealed**    ___Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: _____**James Bonini**_____
United States District Court