UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 04-4075

MOUNTAIN TOP BEVERAGE GROUP, INC.,

    Plaintiff - Appellant,

v.

WILDLIFE BREWING N.B., INC.; JAMES SORENSON,

    Defendants - Appellees.

Before: MOORE, ROGERS, and McKEAGUE, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court
for the Southern District of Ohio at Cincinnati.

THIS CAUSE was heard on the record from the district court and was argued by counsel for the appellees and submitted on briefs by counsel for the appellant.

IN CONSIDERATION WHEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

                                      **ENTERED BY ORDER OF THE COURT**

                                      Leonard Green, Clerk