UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 04-4075

Filed: January 13, 2006

MOUNTAIN TOP BEVERAGE GROUP, INC.

    Plaintiff - Appellant

v.

WILDLIFE BREWING N.B., INC.; JAMES SORENSON

    Defendants - Appellees

1:01CV832

### MANDATE

Pursuant to the court's disposition that was filed 12/22/05 the mandate for this case hereby issues today.

A True Copy.

COSTS:

Attest:

Filing Fee ..........$
Printing ............$

    Total ........$

_____
Deputy Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

JILL COLYER
(513) 564-7024
(FAX) 564-7098
www.ca6.uscourts.gov

Filed: January 13, 2006

James Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

RE: 04-4075
Mountain Top Bev vs. Wildlife Brewing
District Court No. 01-00832

Enclosed is a copy of the mandate filed in this case.

Jill Colyer
Case Manager

cc:
Honorable Susan J. Dlott
Mr. Thomas P. Whelley Jr.
Mr. David L. Petitjean